# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BAKARY CAMARA, | No. 4:21-CV-01024 |
| Petitioner, | (Judge Brann) |
| v. | |
| WARDEN J. L. JAMISON, | |
| Respondent. | |

## ORDER

**JUNE 30, 2021**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** for lack of jurisdiction.

2. The dismissal is without prejudice to Camara's right to file a § 2255 motion in the United States District Court for the Eastern District of Pennsylvania, or if appropriate seek authorization from the appropriate court of appeals to file a second or successive § 2255 motion.

3. The Clerk of Court is directed to **NOTIFY** the Petitioner and **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge